UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff                               Crim. No. DKC-20-071

Vs                                         Hon. Deborah K. Chasanow

UREK BRADSHAW,

    Defendant
_____/

## MOTION FOR REVIEW OF DETENTION ORDER
## AND REQUEST FOR DETENTION HEARING

COMES NOW the defendant, Urek Bradshaw, by his attorneys, Ivan J. Bates, Esq., and Bates & Garcia, LL, and respectfully moves this Court, pursuant to 18 USC 3142(f)(2)(B), 3145(b), for an order reopening, reviewing and vacating the *Detention Order* previously entered in this matter by agreement of the parties. Circumstances regarding this matter have changed since entry of orders on **March 5, 2020**, detaining Mr. Bradshaw, and there are conditions of release that can be set to assure the Court that Mr. Bradshaw is neither a flight risk nor danger to society.

1.     An indictment was returned in this matter on February 20, 2020, charging Mr. Bradshaw with possession of a firearm by a prohibited person, 18 U.S.C. §922(g). Mr. Bradshaw is currently being detained at the Chesapeake Detention Facility, 401 E. Madison St, Baltimore, MD 21202.

II.    **RELEVANT STATUTES**

18 USC 3142 gives this Court the authority to release a defendant on "appropriate conditions set by the Court." Factors that the Court must consider are (1) the nature and circumstances of the offense; (2) the weight of the evidence; and (3) the history and characteristics of the defendant, including physical condition, family ties, past conduct, history of substance abuse, and financial resources, among other things. **18 USC 3145(b)** provides for the prompt review of such a motion.

## II. DISCUSSION

On March 5, 2020, Mr. Bradshaw appeared, with counsel, before the Honorable Magistrate Judge, A. David Copperthite, for a preliminary hearing and bail review. Doc. 10. At that hearing, Mr. Bradshaw consented to detention, with the mutual understanding that he would be permitted, at a later date, to present evidence and make argument in support of his request to be released on bond pending the disposition of his criminal proceedings. Accordingly, Mr. Bradshaw respectfully asks the Court to **Vacate** the *Order* of **March 5, 2020**, entering detention in this matter, and to set this case for oral argument in support of Mr. Bradshaw's request to be released on bond or other appropriate release.

Mr. Bradshaw has secured a suitable third-party custodian who is willing to accept the duties of custodian should the Court order release in this matter. Details regarding the custodian will be presented as evidence and in support of argument at the hearing.

**WHEREFORE**, Mr. Bradshaw respectfully prays this Court **Vacate** the *Order* of March 5, 2020, and set this case in for argument as soon as possible.

Respectfully submitted,

_____/s/_____
Ivan J. Bates, Esq.
**Bates & Garcia, LLC**
201N. Charles Street, Ste 1900
Baltimore, MD 21201
(410) 814-4600

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of March, 2020, a copy of the foregoing Motion for Review of Detention Order, was electronically filed via the ECF/ECM filing system, and all interested parties have been served.

_____/s/_____
IVAN J. BATES, ESQ.