UNITED STATES

vs.

UREK ALI BRADSHAW

Criminal No. DKC 20-0071               GOVERNMENT'S Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1. | 3-17-2020 | 3-17-2020 | Photo's from defendant's cell phone |
| 1a | 3-17-2020 | 3-17-2020 | 3 firearms – semi automatic |
| 1b | 3-1-2020 | 3-17-2020 | 2 firearms |
| 1c | 3-17-2020 | 3-17-2020 | Defendant's face |
| 1d | 3-17-2020 | 3-17-2020 | Face time photo, showing a pistol |
| 1e | 3-17-2020 | 3-17-2020 | Drugs |
| 1f | 3-17-2020 | 3-17-2020 | Drugs |
| 1g | 3-17-2020 | 3-17-2020 | Drugs |
| 1 h | 3-17-2020 | 3-17-2020 | Drugs |
| 1i | 3-17-2020 | 3-17-2020 | Drugs |
| 1j | 3-17-2020 | 3-17-2020 | Drugs |
| 1k | 3-17-2020 | 3-17-2020 | Drugs |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Exhibit List (Rev. 3/1999)