

## ATTACHMENT A

## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

On June 20, 2019, Baltimore County Police Department officers executed a search warrant at 5698 Leiden Road, Baltimore, Maryland, where the Defendant, Urek Ali Bradshaw, resided with his parents. The officers obtained the warrant after an encounter with the Defendant outside of the residence revealed that the Defendant possessed on his person an amount of marijuana, which the officers believed he intended to distribute.

During the execution of the warrant, investigators identified a bedroom belonging to the Defendant. Among other contraband found in the bedroom, including drug distribution paraphernalia, the investigators recovered a Colt .38 caliber semi-automatic pistol bearing serial number 584339. The Defendant admits that he knowingly and intentionally possessed the aforementioned firearm on June 20, 2019, and did so knowingly that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year (to wit, second-degree assault). The Defendant also admits that the Colt pistol is a "firearm" as that term is defined in 18 U.S.C. § 921, and that said firearm traveled in or affected interstate commerce prior to its arrival in the State of Maryland.

SO STIPULATED:

_____
Christopher M. Rigali
Assistant United States Attorney

05/13/20
Date

_____
Urek Bradshaw
Defendant

5/17/20
Date

_____
Ivan Bates
Counsel for Defendant

Rev. May 2018

9